UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 13-23165-JKO

**OCEAN 4660, LLC,**[1]                                         Chapter 11

      Debtor.
_____/

### BIDDING SUMMARY

| | |
|---|---|
| Submitted on behalf of: | Maria Yip<br>Chapter 11 Trustee |
| Date of Hearing/Trial: | December 3, 2013 at 10:00 a.m. |
| Type of Hearing/Trial: | Auction Sale |
| Submitted by: | Drew M. Dillworth, Esq.<br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130<br>(Tel.)  (305) 789-3200<br>(Fax)  (305) 789-3395<br>ddillworth@stearnsweaver.com |

---

[1] The Debtor's address is 55 E Long Lake Road #204, TROY, MI 48085, and the last four digits of the Debtor's tax identification number are 4883. *See* 11 U.S.C. § 342(c)(1).

- 2 -

| | CRP/SP Lauderdale, LLC | Alena Hospitality, LLC | ORKA, LLP | Florida Development Group, Inc. |
|---|---|---|---|---|
| | $10,500,000 | $10,725,000 | $10,725,000 | $10,800,000 |
| 1 | | 12,000,000 | | |
| 2 | | | 12,500,000 | |
| 3 | | 12,600,000 | | |
| 4 | | | | 12,700,000 |
| 5 | | | 12,800,000 | |
| 6 | | 12,900,000 | | |
| 7 | | | 13,000,000 | |
| 8 | | 13,100,000 | | |
| 9 | | | 13,500,000 | |
| 10 | | 13,600,000 | | |
| 11 | | | 13,700,000 | |
| 12 | | 13,800,000 | | |
| 13 | | | | 13,900,000 |
| 14 | | 14,000,000 | | |
| 15 | | | 14,500,000 | |
| 16 | | 14,600,000 | | |
| 17 | | | 14,700,000 | |
| 18 | | 14,800,000 | | |
| 19 | | | 14,900,000 | |
| 20 | | 15,000,000 | | |
| 21 | | | | 15,200,000 |
| 22 | | 15,300,000 | | |
| 23 | | | 15,500,000 | |
| 24 | | 15,750,000 | | |
| 25 | | | 15,800,000 | |
| 26 | | | | 15,900,000 |
| 27 | | 16,000,000 | | |

| | CRP/SP Lauderdale, LLC | Alena Hospitality, LLC | ORKA, LLP | Florida Development Group, Inc. |
|---|---|---|---|---|
| 28 | | | | 16,200,000 |
| 29 | | 16,300,000 | | |
| 30 | | | | 16,500,000 |
| 31 | | 16,600,000 | | |
| 32 | | | | 16,800,000 |
| 33 | | 16,900,000 | | |
| 34 | | | | 17,000,000 |