UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                              §
                                    §
Ocean 4660, LLC                     §   Case No. 13-23165
                                    §
              Debtor                §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 06/02/2013. The case was converted to one under Chapter 7 on 10/03/2014. The undersigned trustee was appointed on 07/09/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned[1] pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 756,103.67 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 576,777.55 |
| Bank service fees | | 14,542.26 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[2] | $ | 164,783.86 |

---

[1] In an abundance of caution and to avoid further expense to the estate, please take note: the estate's interest in the Final Judgment against Kenneth A. Frank (D.E. # 612) is being abandoned because it is uncollectible. The filing of this report shall be deemed an abandonment of the estate's interest in the aforementioned asset.

[2] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/10/2015 and the deadline for filing governmental claims was 04/03/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,489.19. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 0.00, for a total compensation of $ 0.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 60.80, for total expenses of $ 60.80 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/13/2018         By: /s/Maria M. Yip
                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-23165 | JKO | Judge: | John K. Olson | Trustee Name: | Maria M. Yip |
| Case Name: | Ocean 4660, LLC | | | | Date Filed (f) or Converted (c): | 10/03/2014 (c) |
| | | | | | 341(a) Meeting Date: | 07/01/2013 |
| For Period Ending: | 04/13/2018 | | | | Claims Bar Date: | 02/10/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4660 N Ocean Dr & 4660 El Mar Drive 4660 N Ocean Dr & 4660 E | 14,925,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 300.00 | 0.00 | | 0.00 | FA |
| 3. Business Checking Account | 9,300.00 | 0.00 | | 0.00 | FA |
| 4. Security Deposits | 28,650.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposits | 35,820.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposits | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Books/Collectibles | 0.00 | 0.00 | | 0.00 | FA |
| 8. Accounts Receivable | 345,769.01 | 0.00 | | 0.00 | FA |
| 9. Accounts Receivable | 24,897.21 | 0.00 | | 0.00 | FA |
| 10. Equitable or Future Interests | Unknown | 0.00 | | 0.00 | FA |
| 11. Contingent Claims | Unknown | 0.00 | | 0.00 | FA |
| 12. Contingent Claims | Unknown | 0.00 | | 0.00 | FA |
| 13. Contingent Claims | Unknown | 0.00 | | 0.00 | FA |
| 14. General Intangibles | Unknown | 0.00 | | 0.00 | FA |
| 15. Office Equipment, Furnishing and Supplies | 207,815.00 | 0.00 | | 0.00 | FA |
| 16. Machinery and Supplies | 180,320.00 | 0.00 | | 0.00 | FA |
| 17. Machinery and Supplies | Unknown | 0.00 | | 0.00 | FA |
| 18. Machinery and Supplies | Unknown | 0.00 | | 0.00 | FA |
| 19. Chapter 11 Funds (u) | 746,788.12 | 746,788.12 | | 746,788.12 | FA |
| 20. Chapter 11 Bond Refund (u) | 9,315.55 | 9,315.55 | | 9,315.55 | FA |
| 21. Final Judgment against Kenneth A. Frank (u) | 0.00 | 175,000.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $16,518,974.89 | $931,103.67 | $756,103.67 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status:

3/28/18 - TFR submitted to OUST.

3/21/18 - Report of Sale - not necessary as funds came from the administration of the Chapter 11 case.

3/20/18 - Preparation of TFR in process.

2/15/18 - DE 656 - Order dismissing appeal.

1/11/18 - DE 641 - Order denying motion for reconsideration was entered.

12/19/17 - Creditor, Ken Frank, filed motion to reconsider Order dismissing appeal.

12/4/17 - DE 638 - Order Dismissing Appeal.

9/22/17 - DE 612 - Court entered a final judgment in the amount of $175,000 plus interest against Kenneth Frank.

7/28/17 - Agreed Order Granting in Part Objection to Claim(s) (Re: # [574] `

6/30/17- Communications with counsel re: resolution of claims.

4/7/17 - Final appeal is done.  Counsel is assisting with the Broward County and Florida tax claims.

3/29/17 - Appeals pending.

2/15/17 - Appeals pending.

12/30/16 - Appeals pending.

10/30/16- Appeals pending.

7/26/16- Counsel and Trustee discussed response to brief to be filed in upcoming week.

7/12/16- A hearing to show cause why Frank should not be sanctioned for unreasonable and vexatiously Multiplying the Proceedings in the Bankruptcy Case is set for 9/15/16.

7/8/16- Appellant, Frank filed Appellant's Initial Brief.

6/29/16- Frank has until 8/19/16 to file a response to the motion to dismiss his case.

6/22/16- Mediation.

6/3/16 - DE 487 Adversary case 16-01248. Complaint by Kenneth A. Frank against Maria Yip.

6/2/16 - DE 486 Order Granting DE 480 Motion to Extend Time to File Section 523 Complaint Objecting to Dischargeability of Debtor.

5/9/16 - Case continues on appeal.

11/10/15- Frank filed a Reply Brief for Oceanside Lauderdale, Inc. - El Mar Associates, Inc. and Kenneth Frank, Appellants.

10/28/15- Trustee's counsel filed Answer Brief of Appellee.

9/28/15- Frank filed Brief of Oceanside Lauderdale, Inc. - El Mar Associates, Inc. and Kenneth Frank.

8/26/15- two appeals pending in this case.

7/30/15- This was a Chapter 11 case which was converted in October 2014 after the sale of the hotel.  One of the parties in this case has filed appeals and numerous pleadings with the Court which has resulted in the case remaining open thus far.

4/13/15- Reviewed memorandum order on fee applications.

1/22/15- Review of Frank's Reply Memorandum.

9/19/14 - Consideration of converting to Ch. 7.

5/20/14- Review of m/ to compromise with Comerica and Injunction.

5/13/14- Mediation by Judge Stettin.

1/27/14 - Review with counsel of interest due to Comerica.

12/17/13- The Office of the UST approved the issuance of cashier's checks to pay outstanding real estate taxes at closing and a wire transfer to pay the break-up fee to the stalking horse.

9/10/13 DE 108 Order Granting DE 106 Application to Employ Ken Pearson of CBRE as Real Estate Broker.

7/29/13 DE 89 Order Granting DE 84 Amended Application to Employ Kerry-Ann Rin, CPA and Yip Associates as Accountants.

7/25/13 DE 83 Order Granting DE 81 Motion by Genovese Joblove & Battista, P.A.. to Withdraw As Attorneys for the Debtor.

7/18/13 DE 70 Order Granting DE 68 Application to Employ Drew M. Dillworth, as Trustee's Counsel.

7/18/13 DE 71 Order Granting DE 69 Ex Parte Application to Employ Lloyd Berger and Berger Special Assets as Consultants for Property Code Violations and Related Compliance Issues.

7/15/13 DE 61 Order Granting DE 60 Application for Approval of Selection of Appointment of Chapter 11 Trustee.

Claims: All claims resolved.

Estate Tax Returns: An informational letter was prepared to the Debtor's principal. No returns were required to file from the estate.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 4660 N Ocean Dr & 4660 El Mar Drive, Lauderdale-By-The-Sea, FL 33308 147 Guest Room Beach-Front Hotel d/b/a Lauderdale Beachside Hotel. See Attached Schedule A-1 for Legal Description.  Subject to Easements and Restrictions of Record. |
| RE PROP # | 2 | -- | Petty cash located at 4660 Ocean, Lauderdale-by-the-Sea, Florida |
| RE PROP # | 3 | -- | Bank of the West Business Checking Account #XXXX9252 |
| RE PROP # | 4 | -- | Florida Power & Light. |
| RE PROP # | 5 | -- | City of Ft. Lauderdale Municipal Services. |
| RE PROP # | 6 | -- | Teco Peoples Gas Security Deposit. |
| RE PROP # | 7 | -- | Decorative wall hangings and art work list included in Item # 29 |
| RE PROP # | 8 | -- | Amounts due from Beachside Hotel Management, LLC pursuant to Management Agreement dated May 1, 2010. Scheduled value subject to adjustment based on subsequent discovery. Does not include potential credits for funds advanced on behalf of Debtor. |
| RE PROP # | 9 | -- | Booking Agents Accounts Receivable- See attached Exhibit 1. |
| RE PROP # | 10 | -- | Ground Lease for Parking Parcels (See Schedule G) |
| RE PROP # | 11 | -- | Potential claims in nature of Director/Officer Liability against Hanna Karcho Polselli. |
| RE PROP # | 12 | -- | Potential claims in nature of Director/Officer Liability against Remo Polselli. |
| RE PROP # | 13 | -- | Potential claims against Town of Lauderdale-by-the-Sea for unlawful code enforcement activities. |
| RE PROP # | 14 | -- | Retail Beverage/4COP License #BEV1601004 for 4660 Ocean Property |
| RE PROP # | 15 | -- | Office Equipment, housekeeping, restaurant equipment, maintenance equipment, laundry, located 4660 Ocean, Lauderdale-by-the-Sea, Florida. See attached Exhibit 2. |
| RE PROP # | 16 | -- | Furniture, fixtures, room furnishings located at 4660 Ocean, Lauderdale-by-the-Sea, Florida. See attached Exhibit 3. |
| RE PROP # | 17 | -- | Aboveground Diesel Emergency Generator Tank (Broward County License Number HM-03140-12) |
| RE PROP # | 18 | -- | 1999 Raypak Gas Boiler. |
| RE PROP # | 21 | -- | This judgment was the result of the Court's sanctions due to Mr. Frank's behavior. However, Mr. Frank is incarcerated and the collectibility of this judgment is highly doubtful. |

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 09/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-23165 | Trustee Name: | Maria M. Yip |
| Case Name: | Ocean 4660, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX9916 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4883 | Blanket Bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 04/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | 19 | Ocean 4660, LLC<br>4660 N. Ocean Drive<br>Lauderdale by the Sea, FL  33308 | Turover of Funds from Ch. 11 Checking Account<br>10/7/14 Turnover of Funds in Chapter 11 Case. | 1290-000 | $746,788.12 | | $746,788.12 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $823.51 | $745,964.61 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $1,073.91 | $744,890.70 |
| 01/20/15 | 20 | Matron Insurance & Bonding, Inc.<br>700 South Dixie Highway<br>Suite 100<br>Coral Gables, FL  33146 | Return on premium for bond during Ch. 11<br>1/20/15 Return of Chapter 11 Bond Premium. | 1290-000 | $9,315.55 | | $754,206.25 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $1,108.42 | $753,097.83 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $1,111.73 | $751,986.10 |
| 03/10/15 | 10001 | Maria M. Yip, Trustee<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131 | Trustee's Fees<br>3/10/15 DE 387 Omnibus Order Granting DE 367 Final Fee Application For Compensation. | 6101-002 | | $95,825.25 | $656,160.85 |
| 03/10/15 | 10002 | Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131 | Accountant Fees<br>3/10/15 DE 387 Omnibus Order Granting DE 369 Final Fee Application For Compensation. | 6310-002 | | $38,111.40 | $618,049.45 |
| 03/10/15 | 10003 | Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131 | Accountant Expenses<br>3/10/15 DE 387 Omnibus Order Granting DE 367 Final Fee Application For Compensation. | 6320-002 | | $8.10 | $618,041.35 |
| 03/10/15 | 10004 | Zucker & Associates P.A.<br>1801 N. Military Trail, Suite 160<br>Boca raton, FL 33431 | Accountant Fees<br>3/10/15 DE 387 Omnibus Order Granting DE 371 Final Fee Application For Compensation. | 6410-002 | | $5,991.50 | $612,049.85 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $756,103.67 | $144,053.82 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-23165 | Trustee Name: | Maria M. Yip |
| Case Name: Ocean 4660, LLC | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX9916 |
| | | Checking |
| Taxpayer ID No: XX-XXX4883 | Blanket Bond (per case limit): | $73,967,000.00 |
| For Period Ending: 04/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/15 | 10005 | Zucker & Associates P.A.<br>1801 N. Military Trail, Suite 160<br>Boca raton, FL 33431 | Accountant Expenses<br>3/10/15 DE 387 Omnibus Order Granting DE 371 Final Fee Application For Compensation. | 6420-002 | | $6.40 | $612,043.45 |
| 03/10/15 | 10006 | Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A.<br>Museum Tower<br>150 West Flagler Street<br>Miami, FL 33130 | attorney fees<br>3/10/15 DE 387 Omnibus Order Granting DE 373 Final Fee Application For Compensation. | 6210-002 | | $174,348.10 | $437,695.35 |
| 03/10/15 | 10007 | Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A.<br>Museum Tower<br>150 West Flagler Street<br>Miami, FL 33130 | Accountant Expenses<br>3/10/15 DE 387 Omnibus Order Granting DE 373 Final Fee Application For Compensation. | 6220-002 | | $2,259.98 | $435,435.37 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $1,010.79 | $434,424.58 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $791.88 | $433,632.70 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $624.71 | $433,007.99 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $644.33 | $432,363.66 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $622.63 | $431,741.03 |
| 07/30/15 | 10008 | Florida Developmwent Group, Inc<br>225 NE Mizner Blvd, Suite 610<br>Boca Raton, FL 33432 | Closing Cost for Sale of Real Property<br>7/27/15 DE 441 Order Granting DE 426 Ex Parte Motion for Payment of Funds to Purchaser for Post-Closing Payments and Adjustments. | 2500-002 | | $13,451.04 | $418,289.99 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $642.47 | $417,647.52 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*            Page Subtotals:            $0.00            $194,402.33

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-23165 | Trustee Name: | Maria M. Yip |
| Case Name: Ocean 4660, LLC | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX9916 |
| | | Checking |
| Taxpayer ID No: XX-XXX4883 | Blanket Bond (per case limit): | $73,967,000.00 |
| For Period Ending: 04/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $641.48 | $417,006.04 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $602.48 | $416,403.56 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $619.62 | $415,783.94 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $598.76 | $415,185.18 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $617.86 | $414,567.32 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $615.20 | $413,952.12 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $574.70 | $413,377.42 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $613.38 | $412,764.04 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $592.78 | $412,171.26 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-002 | | $611.62 | $411,559.64 |
| 04/26/17 | 10009 | Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. Museum Tower 150 West Flagler Street Miami, FL 33130 | Interim fees 4/26/17 DE 588 Order Awarding Interim Compensation to Trustee's Counsel. | 3210-002 | | $240,000.00 | $171,559.64 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | Page Subtotals: | $0.00 | $246,087.88 |
|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-23165 | Trustee Name: | Maria M. Yip |
| Case Name: | Ocean 4660, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX9916 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4883 | Blanket Bond (per case limit): | $73,967,000.00 |
| For Period Ending: | 04/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/26/17 | 10010 | Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. Museum Tower 150 West Flagler Street Miami, FL 33130 | Interim costs 4/26/17 DE 588 Order Awarding Interim Compensation to Trustee's Counsel. | 3220-002 | | $6,775.78 | $164,783.86 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $756,103.67 | $591,319.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $756,103.67 | $591,319.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $756,103.67 | $591,319.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*    Page Subtotals:    $0.00    $6,775.78

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9916 - Checking | $756,103.67 | $591,319.81 | $164,783.86 |
| | $756,103.67 | $591,319.81 | $164,783.86 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $756,103.67 |
| Total Gross Receipts: | $756,103.67 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-23165                                                                                                         Date: April 13, 2018
Debtor Name: Ocean 4660, LLC
Claims Bar Date: 2/10/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Maria M. Yip Trustee<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131 | Administrative | The compensation the Trustee received pursuant to D.E. 367 Trustee's 2nd and Final Fee Application for Trustee Compensation and Reimbursement of Expenses During Ch. 11 Period included fees on the $746,788.12 turned over for the Chapter 7 administration; therefore, the Trustee is not entitled to receive fees during the Chapter 7 case since she was already compensated based on the funds turned over to the Chapter 7 case (refer to footnote on page 5 of D.E. 367). | $0.00 | $0.00 | $0.00 |
| 100 2200 | Maria M. Yip Trustee<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131 | Administrative | | $0.00 | $60.80 | $60.80 |
| 100 2500 | Florida Development Group, Inc<br>225 NE Mizner Blvd, Suite 610<br>Boca Raton, FL 33432 | Administrative | | $0.00 | $13,451.04 | $13,451.04 |
| 100 3210 | Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson P.A.<br>Museum Tower<br>150 West Flagler Street<br>Miami, FL 33130 | Administrative | | $0.00 | $327,605.50 | $327,605.50 |
| 100 3220 | Stearns Weaver Miller Weissler<br>Alhadeff & Sitterson P.A.<br>Museum Tower<br>150 West Flagler Street<br>Miami, FL 33130 | Administrative | | $0.00 | $7,480.69 | $7,480.69 |
| 100 3310 | Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131 | Administrative | | $0.00 | $11,335.00 | $11,335.00 |
| 100 3320 | Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Blvd, Suite 2690<br>Miami, FL 33131 | Administrative | | $0.00 | $82.75 | $82.75 |
| 150 6210 | Genovese Joblove & Battista P. A.<br>100 SE 2nd St, 44th Floor<br>Miami, FL 33131 | Administrative | Pursuant to 8/29/13 (DE # 101) Order Granting First and Final Fee Application for Allowance and Payment of Compensation for Genovese, Joblove & Battista, P.A. as Former Counsel for the Debtor-In-Possession. | $0.00 | $4,159.10 | $4,159.10 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-23165  
Debtor Name: Ocean 4660, LLC  
Claims Bar Date: 2/10/2015  

Date: April 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 150 6210 | Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. Museum Tower 150 West Flagler Street Miami, FL 33130 | Administrative | | $0.00 | $174,348.10 | $174,348.10 |
| 150 6220 | Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. Museum Tower 150 West Flagler Street Miami, FL 33130 | Administrative | | $0.00 | $2,259.98 | $2,259.98 |
| 150 6310 | Yip Associates One Biscayne Tower 2 S. Biscayne Blvd, Suite 2690 Miami, FL 33131 | Administrative | | $0.00 | $38,111.40 | $38,111.40 |
| 150 6320 | Yip Associates One Biscayne Tower 2 S. Biscayne Blvd, Suite 2690 Miami, FL 33131 | Administrative | | $0.00 | $8.10 | $8.10 |
| 150 6410 | Zucker & Associates P. A. 1801 N. Military Trail, Suite 160 Boca Raton, FL 33431 | Administrative | | $0.00 | $5,991.50 | $5,991.50 |
| 150 6420 | Zucker & Associates P. A. 1801 N. Military Trail, Suite 160 Boca Raton, FL 33431 | Administrative | | $0.00 | $6.40 | $6.40 |
| 2b 280 5800 | Broward County Tourist Development 115 S. Andrews Ave Rm. 423 Ft Lauderdale, Fl 33301 | Priority | Per D.E. # 602 | $0.00 | $250,000.00 | $250,000.00 |
| 22a 280 5800 | State Of Florida Department Of Revenue Po Box 6668 Tallahassee, Fl 32314 | Priority | | $0.00 | $250,000.00 | $250,000.00 |
| 7 300 7100 | Waste Management 2625 W Grandview Rd #150 Phoenix, Az 85023 | Unsecured | | $0.00 | $3,569.06 | $3,569.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-23165  
Debtor Name: Ocean 4660, LLC  
Claims Bar Date: 2/10/2015  
Date: April 13, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Simplex Grinnell<br>C/O Yates & Schiller, P.A.<br>7900 Glades Road, Suite 405<br>Boca Raton, Fl 33434 | Unsecured | | $0.00 | $22,789.86 | $22,789.86 |
| 12 300 7100 | Pa Wicker Smith O"hara Et Al<br>Wicker,Smith,O"hara, Et Al, Pa<br>Attn: Patrick Dahl, Esq<br>515 E Las Olas Blvd #1400<br>Ft Lauderdale, Fl 33301 | Unsecured | | $0.00 | $74,687.95 | $74,687.95 |
| 14 300 7100 | Florida Town Of Lauderdale-By-The-Sea<br>Town Of Lauderdale-By-The-Sea, Florida<br>C/O Aleida Martinez Molina<br>Weiss Serota Helfman, Et Al.<br>2525 Ponce De Leon Boulevard, Suite 700<br>Coral Gables, Florida 33134 | Unsecured | During the Ch. 11 case, this creditor received $97,470.55 on or about June 13, 2014, constituting full, complete and final satisfaction of their claim pursuant to D.E. # 285. | $0.00 | $216,335.50 | $0.00 |
| 23 300 7100 | Two Son Management, Inc<br>6971 N Federal Hwy., Suite 302<br>Boca Raton, Fl 33487 | Unsecured | | $0.00 | $3,150.00 | $3,150.00 |
| 2c 380 7300 | Broward County Tourist Development<br>115 S. Andrews Ave Rm. 423<br>Ft Lauderdale, Fl 33301 | Unsecured | Per D.E. # 602 | $0.00 | $121,093.93 | $121,093.93 |
| 22b 380 7300 | State Of Florida Department Of Revenue<br>Po Box 6668<br>Tallahassee, Fl 32314 | Unsecured | Per D.E. # 602 | $0.00 | $369,560.10 | $369,560.10 |
| 24 380 7400 | Comerica Bank<br>c/o Joaquin Alemany, Esq.<br>Holland & Knight LLP<br>701 Brickell Ave., Suite 3300<br>Miami, Florida 33131 | Unsecured | Pursuant to D.E. 286 (and D.E. 273, pg. 5, par. 15). | $0.00 | $400,000.00 | $400,000.00 |
| 13 400 4110 | Comerica Bank<br>C/O Brian K. Hole, Esq.<br>Holland & Knight, Llp<br>515 E. Las Olas Blvd Ste 1200<br>Fort Lauderdale, Fl 33301 | Secured | During the Ch. 11 proceedings, this creditor received $1,850,000.00 on or about June 27, 2014, in full, complete and final satisfaction of its secured claim pursuant to D.E. # 286. | $0.00 | $2,238,988.01 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-23165     Date: April 13, 2018
Debtor Name: Ocean 4660, LLC
Claims Bar Date: 2/10/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2a 400 4800 | Broward County Tourist Development 115 S. Andrews Ave Rm. 423 Ft Lauderdale, Fl 33301 | Secured | Per D.E. # 602 | $0.00 | $10,000.00 | $10,000.00 |
| | Case Totals | | | $0.00 | $4,545,074.77 | $2,089,751.26 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-23165
Case Name: Ocean 4660, LLC
Trustee Name: Maria M. Yip

Balance on hand $ 164,783.86

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Comerica Bank | $ 2,238,988.01 | $ 0.00 | $ 0.00 | $ 0.00 |
| 2a | Broward County Tourist Development | $ 10,000.00 | $ 10,000.00 | $ 0.00 | $ 10,000.00 |

Total to be paid to secured creditors $ 10,000.00

Remaining Balance $ 154,783.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: Maria M. Yip Trustee | $ 60.80 | $ 0.00 | $ 60.80 |
| Attorney for Trustee Fees: Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. | $ 327,605.50 | $ 240,000.00 | $ 87,605.50 |
| Attorney for Trustee Expenses: Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. | $ 7,480.69 | $ 6,775.78 | $ 704.91 |
| Accountant for Trustee Fees: Yip Associates | $ 11,335.00 | $ 0.00 | $ 11,335.00 |
| Accountant for Trustee Expenses: Yip Associates | $ 82.75 | $ 0.00 | $ 82.75 |
| Other: Florida Development Group, Inc | $ 13,451.04 | $ 13,451.04 | $ 0.00 |

|  | Total to be paid for chapter 7 administrative expenses | $ 99,788.96 |
|--|--|--|
|  | Remaining Balance | $ 54,994.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. | $ 174,348.10 | $ 174,348.10 | $ 0.00 |
| Attorney for Expenses: Stearns Weaver Miller Weissler Alhadeff & Sitterson P.A. | $ 2,259.98 | $ 2,259.98 | $ 0.00 |
| Accountant for Fees: Yip Associates | $ 38,111.40 | $ 38,111.40 | $ 0.00 |
| Accountant for Expenses: Yip Associates | $ 8.10 | $ 8.10 | $ 0.00 |
| Other: Genovese Joblove & Battista P. A. | $ 4,159.10 | $ 0.00 | $ 4,159.10 |
| Other: Zucker & Associates P. A. | $ 5,991.50 | $ 5,991.50 | $ 0.00 |
| Other: Zucker & Associates P. A. | $ 6.40 | $ 6.40 | $ 0.00 |

|  | Total to be paid for prior chapter administrative expenses | $ 4,159.10 |
|--|--|--|
|  | Remaining Balance | $ 50,835.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 500,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2b | Broward County Tourist Development | $ 250,000.00 | $ 0.00 | $ 25,417.90 |
| 22a | State Of Florida Department Of Revenue | $ 250,000.00 | $ 0.00 | $ 25,417.90 |

|  | Total to be paid to priority creditors | $ 50,835.80 |
|--|--|--|
|  | Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 104,196.87  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Waste Management | $ 3,569.06 | $ 0.00 | $ 0.00 |
| 11 | Simplex Grinnell | $ 22,789.86 | $ 0.00 | $ 0.00 |
| 12 | Pa Wicker Smith O"hara Et Al | $ 74,687.95 | $ 0.00 | $ 0.00 |
| 14 | Florida Town Of Lauderdale-By-The-Sea | $ 0.00 | $ 0.00 | $ 0.00 |
| 23 | Two Son Management, Inc | $ 3,150.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 890,654.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2c | Broward County Tourist Development | $ 121,093.93 | $ 0.00 | $ 0.00 |
| 22b | State Of Florida Department Of Revenue | $ 369,560.10 | $ 0.00 | $ 0.00 |
| 24 | Comerica Bank | $ 400,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |